# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

820.3/11
KA 10-01937
PRESENT: CENTRA, J.P., PERADOTTO, LINDLEY, AND SCONIERS, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                            MEMORANDUM AND ORDER

AMBER MARACLE, DEFENDANT-APPELLANT.
(APPEAL NO. 2.)

---

LIPSITZ GREEN SCIME CAMBRIA LLP, BUFFALO (TIMOTHY P. MURPHY OF COUNSEL), FOR DEFENDANT-APPELLANT.

FRANK A. SEDITA, III, DISTRICT ATTORNEY, BUFFALO (MATTHEW B. POWERS OF COUNSEL), FOR RESPONDENT.

---

Appeal from a resentence of the Supreme Court, Erie County (M. William Boller, A.J.), rendered January 28, 2010. Defendant was resentenced upon her conviction of forgery in the second degree (four counts). The resentence was affirmed by order of this Court entered June 10, 2011 in a memorandum decision (85 AD3d 1654), and defendant on September 23, 2011 was granted leave to appeal to the Court of Appeals from the order of this Court (17 NY3d 860), and the Court of Appeals on June 27, 2012 reversed the order and remitted the case to this Court for further proceedings consistent with the memorandum (___ NY3d ___ [June 27, 2012]).

Now, upon remittitur from the Court of Appeals,

It is hereby ORDERED that, upon remittitur from the Court of Appeals, the resentence so appealed from is unanimously affirmed.

Same Memorandum as in *People v Maracle* ([appeal No. 1] ___ AD3d ___ [July 6, 2012]).

Entered:  July 6, 2012                        Frances E. Cafarell
                                              Clerk of the Court